UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-cr-119-8-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZACHARY DANE MURPHY | ) | |

UPON MOTION of Defendant, Zachary Dane Murphy, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 362 be sealed by this Court.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

SO ORDERED this 10 day of September 2026.

J. Dever
James C. Dever III
United States District Judge